**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JON R. BUTTON,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** 1:26-cv-965 |
| | § | |
| **KEOLIS NORTH AMERICA A/K/A KEOLIS TRANSIT SERVICES, LLC,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

**INDEX OF MATTERS BEING FILED**

| | |
|---|---|
| **Exhibit A** | Plaintiff's Original Petition |
| **Exhibit B** | Service of Process (March 4, 2026) |
| **Exhibit C** | Plaintiff's First Amended Petition |
| **Exhibit D** | Service of Process (March 17, 2026) |
| **Exhibit E** | State Court Docket Sheet and Correct Copies of All Process, Pleadings, and Orders |
| **Exhibit F** | Declaration of Michael O'Friel |
| **Exhibit G** | List of Counsel of Record |
| **Exhibit H** | Notice to State Court of Filing Notice of Removal |

# EXHIBIT A

D-1-GN-26-001314
353RD DISTRICT COURT
TRAVIS COUNTY, TEXAS

Original Petition

Filed in The District Court of Travis County, Texas
FEB 26 2026
At 5:00 P M.
Velva L. Price, District Clerk

Jon R. Button vs. Keolis North America LLC

1) Plaintiff: Jon R. Button is an individual residing in Bastrop County, Texas. The last three digits of the Plaintiffs drivers license number is 031. The last three digits of the plaintiff's Social Security number is 941.

2) Defendent: Keolis North America (also known as Keolis Transit Service, LLC) is a foreign limited liability company doing business in Texas. ~~1910 W. 5th St, Austin, TX~~ 211 E. 7th Suite 620 Austin, Tx 78701 JR

3) Plaintiff further notifies the court and all parties that he has not authorized, signed or consented to any third party arbitration. Any attempt by unauthorized individuals or attorneys to initiate arbitration on Plaintiff's behalf is being done without his knowledge or legal consent. Plaintiff explicitly disavows any such proceedings and intends to pursue his claims exclusively in this court.

4) Following the unions refusal to arbitrate this matter, Plaintiff has learned of unethical attempts by third party to set up an unauthorized arbitration and hereby rejects that process in favor of this civil action.

5) Discovery Level: Discovery level shall be conducted under level 2.

6) Statement of Facts: Before I was officially on duty (May 14, 2025), I was unfairly fired for protesting a person acting like a manager that I did not know (named Sherrill) sticking both fingers in my face in a back and forth fashion. When I protested he told me I was fired, and that he wanted my badge.

7) I went to the union hall of Amalgamated Transit Union 1091 of which I had been a member of for 30

years. Shortly, after that a meeting took place at the Keolis Building at 2910 Fifth Street with two Keolis representatives, me (the Plaintiff), the union president and a steward. I was asked to turn in my badge but during the stress, I had lost my badge. I had to sign in as a guest to go to the meeting. I turned in whatever else I had which was a swipe card.

8) In a later meeting with Keolis representative Cynthia Rasco and a union representative, five false statements in writing were presented by Keolis managers saying I refused to look at videos. I later received a letter saying I was fired for insubordination and threatening behavior. There was a no trespassing issued against me, and Keolis HR refused to fill out forms for my Medicare B.

9) Hostile and Dangerous Work Environment: An unsafe and hostile work environment has existed at my work place for a long time making returning to work to complete the 7 years I wanted to work impossible. I am a very good driver with a  good work record and still healthy.

10) Longtime menacing has been going on from managers that have been passed along from contractor to contracter and then hired by Capital Metro to manage Keolis and exert influence. One of these persons is Yolanda White who was hired by Capital Metro to manage the managers that oversee Keolis and work in radio control.

11) Yolanda White worked as fixed route manager for RATP Dev. Her and her boss organized a week long "gang stalking" (Surveilance) event against me designed to find fault with me after complaining about dangerous glare on all Capital Metro busses and refusing to drive a bus with fumes in it from a cell phone fire, ordered by White's friend.

12) The result of the "gang stalking" I was charged with delaying service after driving 10 hours for taking 10 minutes off bus for personal needs. Personal investigation revealed to me all drivers at some point at

night were taking 10 minutes off the bus. They were not being investigated.

13) While working for Keolis, a Keolis field manager told me that managers were circulating false rumors that I took too much time off the bus. What I would not do is allow a supervisor sitting at a rest stop to intimidate me from going to the bathroom like they did other drivers.

14) Under MV Transit, Yolanda White (who was now working for Capital Metro) was present to take my badge when I was falsely accused of not reporting a roll-away. The event was not a roll-away.

15) The union refused to help me because I had dropped out of the union in protest. The union later helped me get my job back with an unethical last chance agreement. I had told the union that I would re-sign with the union if they saved my job.

16) A hazardous and dangerous work condition has existed by Keolis allowing too much glare on front windshields.

17)Also, when reporting exhaust fumes leaching into exhaust system on almost all the old Gillig busses no remedy was taken.

18) Bathrooms are not provided at any locations other than large constructed transit centers. Merchants and public building are expected to provide bathrooms for drivers. At certain locations and times of the day or night, bathrooms do not exist.

19) On one occasion during the summer night because of no bathrooms at layover I contracted West Nile Virus, and a potentially deadly fecal bacteria infection in my blood while relieving myself in a wooded area used by others. The only place drivers had.

20) I did not report the incident to management out of fear of retaliation.

21) This happened during employment with MV Transportation but the same conditions still exist through Capital Metro systems.

22)There is much more to tell about hostilities of Keolis, Capital Metro and Amalgamated Transit Union but I would have to write a book. I would be glad to share more with the judge and jury in court.

23) Compensation and Punitive Damages: Plaintiff seeks total monetary relief as follows:

(a) Compensation and punitive damages from emotional anguish in the amount of $300,000.00.

24) Economic Damages:

and (b) Economic Damages from back pay and front wages and benefits lost as a direct result of hostile and unsafe work environment maintained by Defendant of $410,000.00.

25) Prayer: Plaintiff Jon. R. Button respectfully request that Defendant Keolis North America, LLC be cited to appear and answer this lawsuit. Plaintiff prays that after trial, the court enters judgment in favor of Plaintiff for:

1) $300,000.00 in compensatory and punitive damages for allowing a hostile and dangerous work environment and wrongful termination.

2) $410,000.00 for back pay and lost of 6 years of future front pay caused by maintaining and allowing hostile and dangerous work environment by members of Keolis, Amalgamated Transit Union 1091 and Capital Metro Transit Authority.

3) A jury trial on all issues.

4) Pre-judgement and post-judgement interest.

5) All cost of court.

6) Any other relief at law or in equity to with Plaintiff may be justly entitled.

26) Respectfully submitted by

Jon R. Button

102 Lemuel Crawford Trail
Bastrop, Tx, 78602
(512) 910-1204 (Text only)

jaybeekillerbee@gmail.com

Plaintiff, Pro Se Jon R. Button

Defendent Corparate Service Company (d/b/a CSC-Lawyers incorparating service company)
211 E 7th street, Suite 620
Austin, Tx. 78701

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Antonio Field Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
San Antonio Direct Dial: (210) 640-7530
FAX: (210) 281-2522
Website: www.eeoc.gov

January 5, 2026

# DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Jon R. Button
102 Lemuel Crawford Trail
Bastrop, TX 78602

RE: Jon R. Button -v- Keolis North America
EEOC Charge No. 36A-2026-00020

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above referenced charge on the date reflected thereon. Specifically, on the date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the portal. For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful. If you have questions, please contact me.

Sincerely,

KRAIG ROBINSON
EQUAL OPPORTUNITY INVESTIGATOR
(210) 640-0109
KRAIG.ROBINSON@EEOC.GOV

Enclosure: Dismissal and/or Notice of Rights

Cc:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued on: December 16, 2025

**To:** Jon R. Button
102 Lemuel Crawford Trail
Bastrop, TX 78602

**Re:** Jon R. Button v. Keolis North America

EEOC Charge Number: 36A-2026-00020

EEOC Representative and email: Kraig Robinson
Equal Opportunity Investigator
kraig.robinson@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is the official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.) If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 36A-2026-00020.

On behalf of the Commission:

For

HECTOR COLON-PADRO Digitally signed by HECTOR COLON-PADRO Date: 2025.12.16 07:31:16 -06'00'

Norma J. Guzman
Field Director

cc: James Poccia
Keolis Transit America
53 State Street, 11th Floor
Boston, MA 02109

# EXHIBIT B

03/06/2026 04:10:18 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-26-001314

MPH M (LG)

CITATION
THE STATE OF TEXAS
**CAUSE NO. D-1-GN-26-001314**

-1

JON R. BUTTON , PLAINTIFF(S)

vs.

KEOLIS NORTH AMERICA A/K/A KEOLIS TRANSIT SERVICE, LLC , DEFENDANT(S)

TO: **KEOLIS NORTH AMERICA A/K/A KEOLIS TRANSIT SERVICE, LLC**
**2910 EAST 5TH STREET**
**AUSTIN TX 78702**
**OR WHEREVER FOUND**

Defendant, in the above styled and numbered cause:
**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

Attached is a copy of the **PLAINTIFF'S ORIGINAL PETITION** in the above styled and numbered cause, which was filed on **FEBRUARY 26, 2026** in the **353RD DISTRICT COURT** of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, **FEBRUARY 27, 2026**

REQUESTED BY:
**JON R. BUTTON**
**102 LEMUEL CRAWFORD TRAIL**
**BASTROP, TX 78602**
(512) 910-1204 p
No fax
Jaybeekillerbee@gmail.com

Velva L Price
Travis County District Clerk
Civil Family Court Facility (CFCF)
1700 Guadalupe Street | P.O. Box 679003 (78767)
Austin TX 78701
**Ruben Tamez, Deputy**

RETURN

Came to hand on the 27 day of February 2026 at 8:40 o'clock A M., and executed at 2910 East 5th Street Austin, TX 78702 within the County of TRAVIS on the 4 day of March, 2026, at 2:53 o'clock P M., by delivering to the within named Keolis North America A/K/A Keolis & Transit Service LLC By Serving & HR Manager Rahila Well, each in person, a true copy of this citation together with the **PLAINTIFF'S ORIGINAL PETITION** accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ ____

Sworn to and subscribed before me this the ____ day of ______________, ________.

____________________________
Notary Public, THE STATE OF TEXAS
D-1-GN-26-001314

Carlos B. Lopez
Constable Pct. 5, Travis County, Texas
Sheriff / Constable / Authorized Person

By: [signature]
Michael Untermeyer
Printed Name of Server
TRAVIS County, Texas
PCT 5

03/05/26

TRAVIS COUNTY, TEXAS
CONSTABLE PRECINCT 5
2026 FEB 27 AM 8:40
RECEIVED

COMPLETED

# EXHIBIT C

D-GN-26-001314

353 District Court

Travis County, Texas

Filed in The District Court
of Travis County, Texas

MAR 1 2 2026

At 4:40 P M.
Velva L. Price, District Clerk

First Amended Original Petition

Jon R. Button vs. Keolis Transit Services, LLC

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT OF |
| Plaintiff: Jon R. Button is an individual residing in Bastrop County, Texas. The last three digits of the Plaintiffs drivers license number is 031. The last three digits of the plaintiff's Social Security number is 941. | § | TRAVIS COUNTY, TEXAS |
| Jon R. Button<br>102 Lemuel Crawford Trail<br>Bastrop, Texas 78602 | § | 353 JUDICIAL COURT |
| v. | § | |
| Defendant:<br>Keolis Transit Services, LLC<br>(Identified as Keolis North America in EEOC charge no. [36A-2026-00020] is a foreign limited liability company. It may be served with process by serving its registered agent)<br>Corporation Service Company<br>d/b/a<br>CSC-Lawyers Incorporating Service Company<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701 | § | |

Notice:

3) Plaintiff further notifies the court and all parties that he has not authorized, signed or consented to any third party arbitration. Any attempt by unauthorized individuals or attorneys to initiate arbitration on Plaintiff's behalf is being done without his knowledge or legal consent. Plaintiff explicitly disavows any such proceedings and intends to pursue his claims exclusively in this court.

4) Following the unions refusal to arbitrate this matter, Plaintiff has learned of unethical attempts by third party to set up an unauthorized arbitration and hereby rejects that process in favor of this civil action.

5) Discovery Level: Discovery level shall be conducted under level 2.

6) Statement of Facts: Before I was officially on duty (May 14, 2025), I was unfairly fired for protesting a person acting like a manager that I did not know (named Sherrill) sticking both fingers in my face in a back and forth fashion. When I protested he told me I was fired, and that he wanted my badge.

7) I went to the union hall of Amalgamated Transit Union 1091 of which I had been a member of for 30 years. Shortly, after that, a meeting took place at the Keolis Building at 2910 Fifth Street with two Keolis representatives, me (the Plaintiff), the union president and a steward. I was asked to turn in my badge but during the stress, I had lost my badge. I had to sign in as a guest to go to the meeting. I turned in whatever else I had which was a swipe card.

8) In a later meeting with Keolis representative Cynthia Rasco and a union representative, five false statements in writing were presented by Keolis managers saying I refused to look at videos. I later received a letter saying I was fired for insubordination and threatening behavior. There was a no trespassing issued against me, and Keolis HR refused to fill out forms for my Medicare B.

9) Hostile and Dangerous Work Environment: An unsafe and hostile work environment has existed at my work place for a long time making returning to work to complete the 7 years I wanted to work impossible. I am a very good driver with a good work record and still healthy.

10) Longtime menacing has been going on from managers that have been passed along from contractor to contracter and then hired by Capital Metro to manage Keolis and exert influence. One of these persons is Yolanda White who was hired by Capital Metro to manage the managers that oversee Keolis and work in radio control.

11) Yolanda White worked as fixed route manager for RATP Dev. Her and her boss organized a week long "gang stalking" (Surveilance) event against me designed to find fault with me after complaining about dangerous glare on all Capital Metro busses and refusing to drive a bus with fumes in it from a cell phone fire, ordered by White's friend.

12) The result of the "gang stalking" I was charged with delaying service after driving 10 hours for taking 10 minutes off bus for personal needs. Personal investigation revealed to me all drivers at some point at night were taking 10 minutes off the bus. They were not being investigated.

13) While working for Keolis, a Keolis field manager told me that managers were circulating false rumors that I took too much time off the bus. What I would not do is allow a supervisor sitting at a rest stop to intimidate me from going to the bathroom like they did other drivers.

14) Under MV Transit, Yolanda White (who was now working for Capital Metro) was present to take my badge when I was falsely accused of not reporting a roll-away. The event was not a roll-away.

15) The union refused to help me because I had dropped out of the union in protest. The union later helped me get my job back with an unethical last chance agreement. I had told the union that I would re-sign with the union if they saved my job.

16) A hazardous and dangerous work condition has existed by Keolis allowing too much glare on front windshields.

17)Also, when reporting exhaust fumes leaching into exhaust system on almost all the old Gillig busses no remedy was taken.

18) Bathrooms are not provided at any locations other than large constructed transit centers. Merchants and public building are expected to provide bathrooms for drivers. At certain locations and times of the day or night, bathrooms do not exist.

19) On one occasion during the summer night because of no bathrooms at layover I contracted West Nile Virus, and a potentially deadly fecal bacteria infection in my blood while relieving myself in a wooded area used by others. The only place drivers had.

20) I did not report the incident to management out of fear of retaliation.

21) This happened during employment with MV Transportation but the same conditions still exist through Capital Metro systems.

22)I was defamed by Keolis trainers falsely accusing me of 72 violations of incomplete stops at stop signs and running red lights. I had proved that cameras at 15 frames a second cannot show a quick complete stop. Also, information is on the internet that Capital Metro Bus cameras cannot show quick complete stops.

Also, personnel were not properly trained to determine if bus entered the intersection on the red or yellow light.

My own personal awareness while driving, my driving record and my (shadow ride) record (being evaluated while secretly being followed) provides a positive and drastic contrast to what I was being accused of by Keolis management.

23)Keolis Human Resources was hostile and apathetic towards me, failing to investigate harassment by union intentionally misplacing my pick-pack during previous markup. The third time in my employment the union had done this.

Human Resources was uncooperative in providing me with Family Medical Leave papers when I needed them.

Human Resources (Keolis) had issued me a wrongful no trespass in their reception area after firing.

Human Resources refused to fill out my Medicare B form, I had delivered to them. Refusing to let me pick the form up in person or delivering said ~~for~~ form to me by mail.

24)There is much more to tell about hostilities of Keolis, Capital Metro and Amalgamated Transit Union but I would have to write a book. I would be glad to share more with the judge and jury in court.

25) Compensation and Punitive Damages: Plaintiff seeks total monetary relief as follows:

(a) Compensation and punitive damages from emotional anguish in the amount of $300,000.00.

26) Economic Damages:

and (b) Economic Damages from back pay and front wages and benefits lost as a direct result of hostile and unsafe work environment maintained by Defendant of $410,000.00.

27) Prayer: Plaintiff Jon. R. Button respectfully request that Defendant Keolis Transit Services, LLC be cited to appear and answer this lawsuit. Plaintiff prays that after trial, the court enters judgment in favor of Plaintiff for:

1) $300,000.00 in compensatory and punitive damages for allowing a hostile and dangerous work environment and wrongful termination.

2) $410,000.00 for back pay and lost of 6 years of future front pay caused by maintaining and allowing hostile and dangerous work environment by members of Keolis, Amalgamated Transit Union 1091 and Capital Metro Transit Authority.

3) A jury trial on all issues.

4) Pre-judgement and post-judgement interest.

5) All cost of court.

6) Any other relief at law or in equity to with Plaintiff may be justly entitled.

28) Respectfully submitted by Jon R. Button

Jon R. Button

102 Lemuel Crawford Trail

Bastrop, TX 78602

(512) 910-1204 (Text only)

jaybeekillerbee@gmail.com

Plaintiff, Pro Se

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Antonio Field Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
San Antonio Direct Dial: (210) 640-7530
FAX: (210) 281-2522
Website: www.eeoc.gov

January 5, 2026

# DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Jon R. Button
102 Lemuel Crawford Trail
Bastrop, TX 78602

RE: Jon R. Button -v- Keolis North America
EEOC Charge No. 36A-2026-00020

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above referenced charge on the date reflected thereon. Specifically, on the date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the portal. For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful. If you have questions, please contact me.

Sincerely,

KRAIG ROBINSON
EQUAL OPPORTUNITY INVESTIGATOR
(210) 640-0109
KRAIG.ROBINSON@EEOC.GOV

Enclosure: Dismissal and/or Notice of Rights

Cc:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Antonio Field Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued on: December 16, 2025

To: Jon R. Button
102 Lemuel Crawford Trail
Bastrop, TX 78602

Re: Jon R. Button v. Keolis North America

EEOC Charge Number: 36A-2026-00020

EEOC Representative and email: Kraig Robinson
Equal Opportunity Investigator
kraig.robinson@eeoc.gov

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is the official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.) If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 36A-2026-00020.

On behalf of the Commission:

For

HECTOR COLON-PADRO Digitally signed by HECTOR COLON-PADRO Date: 2025.12.16 07:31:16 -06'00'

Norma J. Guzman
Field Director

cc: James Poccia
Keolis Transit America
53 State Street, 11th Floor
Boston, MA 02109

# EXHIBIT D

03/30/2026 10:24:22 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-26-001314

| | | |
|---|---|---|
| Cause No.: D1GN26001314 | {} | In the 353rd District Court |
| | {} | TRAVIS County |
| Plaintiff:<br>JON R BUTTON | {} | |
| Defendant:<br>KEOLIS NORTH AMERICA | | |

## Officer's Return

Came to hand March 13, 2026 at 9:13 A.M. and executed in Travis County, Texas, on March 17, 2026 at 12:00 P.M. by delivering to KEOLIS NORTH AMERICA by delivering to its registered agent, Corporation Service Company d/b/a CSC Lawyers Incorporating Service Company, at 211 E. 7th Street, Suite 620, Austin, Texas 78701, by delivering to NIESHA GROSS designated agent for service, a true copy of the citation together with accompanying copy of the Plaintiff's FIRST AMENDED petition.

Carlos B. Lopez,
Travis County Constable Precinct 5
Travis County, Texas

by: ____________________
Michael Untermeyer, Deputy

COMPLETED

Emailed 3-26-26

Carlos B. Lopez, Constable
Travis County Constable Precinct 5
1003 Guadalupe
Austin, Texas 78701
March 20, 2026

DISTRICT CLERK TRAVIS
P.O. BOX 679003
AUSTIN,TEXAS 78767

# INVOICE

Cause Nbr: D1GN26001314-2
Plaintiff: JON R BUTTON
Service Name: KEOLIS NORTH AMERICA

Service Fee: 90.00
Payment Received: 90.00
Balance Due: 0.00

Thank you for allowing us to be of service to you in this case.

Check the status of your civil process at
www.Constable5.com
Be sure to bookmark the ServiceCheck page

17

CITATION
THE STATE OF TEXAS
**CAUSE NO. D-1-GN-26-001314**

JON R. BUTTON , PLAINTIFF(S)

vs.

KEOLIS NORTH AMERICA , DEFENDANT(S)

TO: **KEOLIS NORTH AMERICA**
**BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY**
**D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY**
**211 E 7TH STREET #620**
**AUSTIN TX 78701**

Defendant, in the above styled and numbered cause:
**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

Attached is a copy of the **PLAINTIFF'S FIRST AMENDED PETITION** in the above styled and numbered cause, which was filed on **MARCH 12, 2026** in the **353RD DISTRICT COURT** of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, **MARCH 13, 2026**

REQUESTED BY:
**JON R. BUTTON**
**102 LEMUEL CRAWFORD TRAIL**
**BASTROP, TX 78602**
jaybeeKillerbee@gmail.com

Velva L Price
Travis County District Clerk
Civil Family Court Facility (CFCF)
1700 Guadalupe Street | P.O. Box 679003 (78767)
Austin TX 78701
**Ruben Tamez, Deputy**

RETURN

Came to hand on the _____ day of ________________, ________ at ________ o'clock ____M., and executed at ______________________________________________ within the County of ____________________ on the _____ day of ________________, ________, at ________ o'clock ____M., by delivering to the within named ______________________________________________, each in person, a true copy of this citation together with the **PLAINTIFF'S FIRST AMENDED PETITION** accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Carlos B. Lopez
Constable Pct. 5, Travis County, Texas
Sheriff / Constable / Authorized Person

Service Fee: $ ________

Sworn to and subscribed before me this the _____ day of ________________, ________.

By:________________________________

________________________________
Printed Name of Server

________________________ County, Texas

________________________________
Notary Public, THE STATE OF TEXAS
**D-1-GN-26-001314**

PCT 5
PAUPER'S OATH

TRAVIS COUNTY TEXAS CONSTABLE PRECINCT 5
2026 MAR 13 AM 9:15
RECEIVED

# EXHIBIT E

**353rd District Court**

# Case Summary

**Case No. D-1-GN-26-001314**

| | | | |
|---|---|---|---|
| **JON R. BUTTON V. KEOLIS NORTH AMERICA A/K/A KEOLIS TRANSIT SERVICE, LLC** | § | Location: | **353rd District Court** |
| | § | Judicial Officer: | **353RD, DISTRICT COURT** |
| | § | Filed on: | **02/26/2026** |

## Case Information

Case Type: Other Injury or Damage
Case Status: **02/26/2026 Open**

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | D-1-GN-26-001314 |
| Court | 353rd District Court |
| Date Assigned | 02/26/2026 |
| Judicial Officer | 353RD, DISTRICT COURT |

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **BUTTON, JON R.** | **Pro Se** |
| **Defendant** | **KEOLIS NORTH AMERICA** | |

## Case Events

02/26/2026 ORIGINAL PETITION/APPLICATION (OCA)
*PLAINTIFF'S ORIGINAL PETITION*
Party: Plaintiff BUTTON, JON R.

02/26/2026 STATEMENT OF INABILITY TO AFFORD COSTS
*ATATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS OR AN APPEAL BOND*
Party: Plaintiff BUTTON, JON R.

02/26/2026 OTHER/NOTICE
*SERVICE REQUEST*
Party: Plaintiff BUTTON, JON R.

03/06/2026 EXECUTED SERVICE
*EXECUTED SERVICE - KEOLIS NORTH AMERICA 3-4-2026*

03/12/2026 PLEADING
*PLAINTIFF'S FIRST AMENDED PETITION*
Party: Plaintiff BUTTON, JON R.

03/30/2026 EXECUTED SERVICE
*EXECUTED CITATION- KEOLIS NORTH AMERICA*

## Service Events

02/27/2026 **Citation**
KEOLIS NORTH AMERICA
Served: 03/04/2026

03/13/2026 **Citation**
KEOLIS NORTH AMERICA
Served: 03/17/2026

D-1-GN-26-001314
353RD DISTRICT COURT
TRAVIS COUNTY, TEXAS

Original Petition

Filed in The District Court
of Travis County, Texas

Jon R. Button vs. Keolis North America LLC

FEB 26 2026
At 5:00 P M.
Velva L. Price, District Clerk

1) Plaintiff: Jon R. Button is an individual residing in Bastrop County, Texas. The last three digits of the Plaintiffs drivers license number is 031. The last three digits of the plaintiff's Social Security number is 941.

2) Defendent: Keolis North America (also known as Keolis Transit Service, LLC) is a foreign limited liability company doing business in Texas. ~~1910 W. 5th St, Austin, TX~~ 211 E. 7th St, Suite 620 Austin, Tx. 78701 JR

3) Plaintiff further notifies the court and all parties that he has not authorized, signed or consented to any third party arbitration. Any attempt by unauthorized individuals or attorneys to initiate arbitration on Plaintiff's behalf is being done without his knowledge or legal consent. Plaintiff explicitly disavows any such proceedings and intends to pursue his claims exclusively in this court.

4) Following the unions refusal to arbitrate this matter, Plaintiff has learned of unethical attempts by third party to set up an unauthorized arbitration and hereby rejects that process in favor of this civil action.

5) Discovery Level: Discovery level shall be conducted under level 2.

6) Statement of Facts: Before I was officially on duty (May 14, 2025), I was unfairly fired for protesting a person acting like a manager that I did not know (named Sherrill) sticking both fingers in my face in a back and forth fashion. When I protested he told me I was fired, and that he wanted my badge.

7) I went to the union hall of Amalgamated Transit Union 1091 of which I had been a member of for 30

years. Shortly, after that a meeting took place at the Keolis Building at 2910 Fifth Street with two Keolis representatives, me (the Plaintiff), the union president and a steward. I was asked to turn in my badge but during the stress, I had lost my badge. I had to sign in as a guest to go to the meeting. I turned in whatever else I had which was a swipe card.

8) In a later meeting with Keolis representative Cynthia Rasco and a union representative, five false statements in writing were presented by Keolis managers saying I refused to look at videos. I later received a letter saying I was fired for insubordination and threatening behavior. There was a no trespassing issued against me, and Keolis HR refused to fill out forms for my Medicare B.

9) Hostile and Dangerous Work Environment: An unsafe and hostile work environment has existed at my work place for a long time making returning to work to complete the 7 years I wanted to work impossible. I am a very good driver with a good work record and still healthy.

10) Longtime menacing has been going on from managers that have been passed along from contractor to contracter and then hired by Capital Metro to manage Keolis and exert influence. One of these persons is Yolanda White who was hired by Capital Metro to manage the managers that oversee Keolis and work in radio control.

11) Yolanda White worked as fixed route manager for RATP Dev. Her and her boss organized a week long "gang stalking" (Surveilance) event against me designed to find fault with me after complaining about dangerous glare on all Capital Metro busses and refusing to drive a bus with fumes in it from a cell phone fire, ordered by White's friend.

12) The result of the "gang stalking" I was charged with delaying service after driving 10 hours for taking 10 minutes off bus for personal needs. Personal investigation revealed to me all drivers at some point at

night were taking 10 minutes off the bus. They were not being investigated.

13) While working for Keolis, a Keolis field manager told me that managers were circulating false rumors that I took too much time off the bus. What I would not do is allow a supervisor sitting at a rest stop to intimidate me from going to the bathroom like they did other drivers.

14) Under MV Transit, Yolanda White (who was now working for Capital Metro) was present to take my badge when I was falsely accused of not reporting a roll-away. The event was not a roll-away.

15) The union refused to help me because I had dropped out of the union in protest. The union later helped me get my job back with an unethical last chance agreement. I had told the union that I would re-sign with the union if they saved my job.

16) A hazardous and dangerous work condition has existed by Keolis allowing too much glare on front windshields.

17)Also, when reporting exhaust fumes leaching into exhaust system on almost all the old Gillig busses no remedy was taken.

18) Bathrooms are not provided at any locations other than large constructed transit centers. Merchants and public building are expected to provide bathrooms for drivers. At certain locations and times of the day or night, bathrooms do not exist.

19) On one occasion during the summer night because of no bathrooms at layover I contracted West Nile Virus, and a potentially deadly fecal bacteria infection in my blood while relieving myself in a wooded area used by others. The only place drivers had.

20) I did not report the incident to management out of fear of retaliation.

21) This happened during employment with MV Transportation but the same conditions still exist through Capital Metro systems.

22)There is much more to tell about hostilities of Keolis, Capital Metro and Amalgamated Transit Union but I would have to write a book. I would be glad to share more with the judge and jury in court.

23) Compensation and Punitive Damages: Plaintiff seeks total monetary relief as follows:

(a) Compensation and punitive damages from emotional anguish in the amount of $300,000.00.

24) Economic Damages:

and (b) Economic Damages from back pay and front wages and benefits lost as a direct result of hostile and unsafe work environment maintained by Defendant of $410,000.00.

25) Prayer: Plaintiff Jon. R. Button respectfully request that Defendant Keolis North America, LLC be cited to appear and answer this lawsuit. Plaintiff prays that after trial, the court enters judgment in favor of Plaintiff for:

1) $300,000.00 in compensatory and punitive damages for allowing a hostile and dangerous work environment and wrongful termination.

2) $410,000.00 for back pay and lost of 6 years of future front pay caused by maintaining and allowing hostile and dangerous work environment by members of Keolis, Amalgamated Transit Union 1091 and Capital Metro Transit Authority.

3) A jury trial on all issues.

4) Pre-judgement and post-judgement interest.

5) All cost of court.

6) Any other relief at law or in equity to with Plaintiff may be justly entitled.

26) Respectfully submitted by

Jon R. Button

102 Lemuel Crawford Trail
Bastrop, Tx, 78602
(512) 910-1204 (Text only)

jaybeekillerbee@gmail.com

Plaintiff, Pro Se Jon R. Button

Defendent Corparate Service Company
(d/b/a CSC-Lawyers incorparating service company)
211 E 7th street, Suite 620
Austin, Tx. 78701

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Antonio Field Office**

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
San Antonio Direct Dial: (210) 640-7530
FAX: (210) 281-2522
Website: www.eeoc.gov

January 5, 2026

# DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Jon R. Button
102 Lemuel Crawford Trail
Bastrop, TX 78602

RE: Jon R. Button -v- Keolis North America
EEOC Charge No. 36A-2026-00020

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above referenced charge on the date reflected thereon. Specifically, on the date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the portal. For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful. If you have questions, please contact me.

Sincerely,

KRAIG ROBINSON
EQUAL OPPORTUNITY INVESTIGATOR
(210) 640-0109
KRAIG.ROBINSON@EEOC.GOV

Enclosure: Dismissal and/or Notice of Rights

Cc:

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Antonio Field Office**
5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued on: December 16, 2025

**To:** Jon R. Button
102 Lemuel Crawford Trail
Bastrop, TX 78602

**Re:** Jon R. Button v. Keolis North America

EEOC Charge Number: 36A-2026-00020

EEOC Representative and email: Kraig Robinson
Equal Opportunity Investigator
kraig.robinson@eeoc.gov

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is the official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.) If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 36A-2026-00020.

On behalf of the Commission:

For

HECTOR COLON-PADRO Digitally signed by HECTOR COLON-PADRO Date: 2025.12.16 07:31:16 -06'00'

Norma J. Guzman
Field Director

cc: James Poccia
Keolis Transit America
53 State Street, 11th Floor
Boston, MA 02109

03/06/2026 04:10:18 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-26-001314

MPU M (26)

CITATION
THE STATE OF TEXAS
**CAUSE NO. D-1-GN-26-001314**

-1

JON R. BUTTON , PLAINTIFF(S)

vs.

KEOLIS NORTH AMERICA A/K/A KEOLIS TRANSIT SERVICE, LLC , DEFENDANT(S)

TO: **KEOLIS NORTH AMERICA A/K/A KEOLIS TRANSIT SERVICE, LLC**
**2910 EAST 5TH STREET**
**AUSTIN TX 78702**
**OR WHEREVER FOUND**

Defendant, in the above styled and numbered cause:
**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

Attached is a copy of the **PLAINTIFF'S ORIGINAL PETITION** in the above styled and numbered cause, which was filed on **FEBRUARY 26, 2026** in the **353RD DISTRICT COURT** of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, **FEBRUARY 27, 2026**

REQUESTED BY:
**JON R. BUTTON**
**102 LEMUEL CRAWFORD TRAIL**
**BASTROP, TX 78602**
(512) 910-1204p
No fax
Jaybeekillerbee@gmail.com

Velva L Price
Travis County District Clerk
Civil Family Court Facility (CFCF)
1700 Guadalupe Street | P.O. Box 679003 (78767)
Austin TX 78701
**Ruben Tamez, Deputy**

RETURN

Came to hand on the 27 day of February 2026 at 8:40 o'clock A M., and executed at 2910 East 5th Street Austin, TX 78702 within the County of Travis on the 4 day of March, 2026, at 2:53 o'clock P M., by delivering to the within named Keolis North America A/k/A Keolis Transit Service LLC By Serving HR Manager Rahila Well, each in person, a true copy of this citation together with the **PLAINTIFF'S ORIGINAL PETITION** accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ ____

Sworn to and subscribed before me this the ____ day of ______________, ________.

______________________________
Notary Public, THE STATE OF TEXAS
D-1-GN-26-001314

Carlos B. Lopez
Constable Pct. 5, Travis County, Texas
Sheriff / Constable / Authorized Person

By: [signature]
Michael Untermeyer
Printed Name of Server
Travis County, Texas
PCT 5

03/05/26

TRAVIS COUNTY, TEXAS
CONSTABLE PRECINCT 5
2026 FEB 27 AM 8:40
RECEIVED

COMPLETED

D-GN-26-001314

353 District Court

Travis County, Texas

Filed in The District Court
of Travis County, Texas

MAR 1 2 2026

At 4:40 P M.
Velva L. Price, District Clerk

First Amended Original Petition

Jon R. Button vs. Keolis Transit Services, LLC

| | | |
|---|---|---|
| STATE OF TEXAS<br>Plaintiff: Jon R. Button is an individual residing in Bastrop County, Texas. The last three digits of the Plaintiffs drivers license number is 031. The last three digits of the plaintiff's Social Security number is 941.<br>Jon R. Button<br>102 Lemuel Crawford Trail<br>Bastrop, Texas 78602<br>v.<br>Defendant:<br>Keolis Transit Services, LLC<br>(Identified as Keolis North America in EEOC charge no. [36A-2026-00020] is a foreign limited liability company. It may be served with process by serving its registered agent)<br>Corporation Service Company<br>d/b/a<br>CSC-Lawyers Incorporating Service Company<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT OF<br>TRAVIS COUNTY, TEXAS<br>353 JUDICIAL COURT |

Notice:

3) Plaintiff further notifies the court and all parties that he has not authorized, signed or consented to any third party arbitration. Any attempt by unauthorized individuals or attorneys to initiate arbitration on Plaintiff's behalf is being done without his knowledge or legal consent. Plaintiff explicitly disavows any such proceedings and intends to pursue his claims exclusively in this court.

4) Following the unions refusal to arbitrate this matter, Plaintiff has learned of unethical attempts by third party to set up an unauthorized arbitration and hereby rejects that process in favor of this civil action.

5) Discovery Level: Discovery level shall be conducted under level 2.

6) Statement of Facts: Before I was officially on duty (May 14, 2025), I was unfairly fired for protesting a person acting like a manager that I did not know (named Sherrill) sticking both fingers in my face in a back and forth fashion. When I protested he told me I was fired, and that he wanted my badge.

7) I went to the union hall of Amalgamated Transit Union 1091 of which I had been a member of for 30 years. Shortly, after that, a meeting took place at the Keolis Building at 2910 Fifth Street with two Keolis representatives, me (the Plaintiff), the union president and a steward. I was asked to turn in my badge but during the stress, I had lost my badge. I had to sign in as a guest to go to the meeting. I turned in whatever else I had which was a swipe card.

8) In a later meeting with Keolis representative Cynthia Rasco and a union representative, five false statements in writing were presented by Keolis managers saying I refused to look at videos. I later received a letter saying I was fired for insubordination and threatening behavior. There was a no trespassing issued against me, and Keolis HR refused to fill out forms for my Medicare B.

9) Hostile and Dangerous Work Environment: An unsafe and hostile work environment has existed at my work place for a long time making returning to work to complete the 7 years I wanted to work impossible. I am a very good driver with a good work record and still healthy.

10) Longtime menacing has been going on from managers that have been passed along from contractor to contracter and then hired by Capital Metro to manage Keolis and exert influence. One of these persons is Yolanda White who was hired by Capital Metro to manage the managers that oversee Keolis and work in radio control.

11) Yolanda White worked as fixed route manager for RATP Dev. Her and her boss organized a week long "gang stalking" (Surveilance) event against me designed to find fault with me after complaining about dangerous glare on all Capital Metro busses and refusing to drive a bus with fumes in it from a cell phone fire, ordered by White's friend.

12) The result of the "gang stalking" I was charged with delaying service after driving 10 hours for taking 10 minutes off bus for personal needs. Personal investigation revealed to me all drivers at some point at night were taking 10 minutes off the bus. They were not being investigated.

13) While working for Keolis, a Keolis field manager told me that managers were circulating false rumors that I took too much time off the bus. What I would not do is allow a supervisor sitting at a rest stop to intimidate me from going to the bathroom like they did other drivers.

14) Under MV Transit, Yolanda White (who was now working for Capital Metro) was present to take my badge when I was falsely accused of not reporting a roll-away. The event was not a roll-away.

15) The union refused to help me because I had dropped out of the union in protest. The union later helped me get my job back with an unethical last chance agreement. I had told the union that I would re-sign with the union if they saved my job.

16) A hazardous and dangerous work condition has existed by Keolis allowing too much glare on front windshields.

17)Also, when reporting exhaust fumes leaching into exhaust system on almost all the old Gillig busses no remedy was taken.

18) Bathrooms are not provided at any locations other than large constructed transit centers. Merchants and public building are expected to provide bathrooms for drivers. At certain locations and times of the day or night, bathrooms do not exist.

19) On one occasion during the summer night because of no bathrooms at layover I contracted West Nile Virus, and a potentially deadly fecal bacteria infection in my blood while relieving myself in a wooded area used by others. The only place drivers had.

20) I did not report the incident to management out of fear of retaliation.

21) This happened during employment with MV Transportation but the same conditions still exist through Capital Metro systems.

22)I was defamed by Keolis trainers falsely accusing me of 72 violations of incomplete stops at stop signs and running red lights. I had proved that cameras at 15 frames a second cannot show a quick complete stop. Also, information is on the internet that Capital Metro Bus cameras cannot show quick complete stops.

Also, personnel were not properly trained to determine if bus entered the intersection on the red or yellow light.

My own personal awareness while driving, my driving record and my (shadow ride) record (being evaluated while secretly being followed) provides a positive and drastic contrast to what I was being accused of by Keolis management.

23)Keolis Human Resources was hostile and apathetic towards me, failing to investigate harassment by union intentionally misplacing my pick-pack during previous markup. The third time in my employment the union had done this.

Human Resources was uncooperative in providing me with Family Medical Leave papers when I needed them.

Human Resources (Keolis) had issued me a wrongful no trespass in their reception area after firing.

Human Resources refused to fill out my Medicare B form, I had delivered to them. Refusing to let me pick the form up in person or delivering said ~~for~~ form to me by mail.

24)There is much more to tell about hostilities of Keolis, Capital Metro and Amalgamated Transit Union but I would have to write a book. I would be glad to share more with the judge and jury in court.

25) Compensation and Punitive Damages: Plaintiff seeks total monetary relief as follows:

(a) Compensation and punitive damages from emotional anguish in the amount of $300,000.00.

26) Economic Damages:

and (b) Economic Damages from back pay and front wages and benefits lost as a direct result of hostile and unsafe work environment maintained by Defendant of $410,000.00.

27) Prayer: Plaintiff Jon. R. Button respectfully request that Defendant Keolis Transit Services, LLC be cited to appear and answer this lawsuit. Plaintiff prays that after trial, the court enters judgment in favor of Plaintiff for:

1) $300,000.00 in compensatory and punitive damages for allowing a hostile and dangerous work environment and wrongful termination.

2) $410,000.00 for back pay and lost of 6 years of future front pay caused by maintaining and allowing hostile and dangerous work environment by members of Keolis, Amalgamated Transit Union 1091 and Capital Metro Transit Authority.

3) A jury trial on all issues.

4) Pre-judgement and post-judgement interest.

5) All cost of court.

6) Any other relief at law or in equity to with Plaintiff may be justly entitled.

28) Respectfully submitted by Jon R. Button

Jon R. Button

102 Lemuel Crawford Trail

Bastrop, TX 78602

(512) 910-1204 (Text only)

jaybeekillerbee@gmail.com

Plaintiff, Pro Se

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Antonio Field Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
San Antonio Direct Dial: (210) 640-7530
FAX: (210) 281-2522
Website: www.eeoc.gov

January 5, 2026

# DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Jon R. Button
102 Lemuel Crawford Trail
Bastrop, TX 78602

RE: Jon R. Button -v- Keolis North America
EEOC Charge No. 36A-2026-00020

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above referenced charge on the date reflected thereon. Specifically, on the date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the portal. For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful. If you have questions, please contact me.

Sincerely,

KRAIG ROBINSON
EQUAL OPPORTUNITY INVESTIGATOR
(210) 640-0109
KRAIG.ROBINSON@EEOC.GOV

Enclosure: Dismissal and/or Notice of Rights

Cc:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued on: December 16, 2025

To: Jon R. Button
102 Lemuel Crawford Trail
Bastrop, TX 78602

Re: Jon R. Button v. Keolis North America

EEOC Charge Number: 36A-2026-00020

EEOC Representative and email: Kraig Robinson
Equal Opportunity Investigator
kraig.robinson@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is the official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.) If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 36A-2026-00020.

On behalf of the Commission:

For

HECTOR COLON-PADRO Digitally signed by HECTOR COLON-PADRO Date: 2025.12.16 07:31:16 -06'00'

Norma J. Guzman
Field Director

cc: James Poccia
Keolis Transit America
53 State Street, 11th Floor
Boston, MA 02109

03/30/2026 10:24:22 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-26-001314

| | | |
|---|---|---|
| Cause No.: D1GN26001314 | {} | In the 353rd District Court |
| | {} | TRAVIS County |
| Plaintiff:<br>JON R BUTTON | {} | |
| Defendant:<br>KEOLIS NORTH AMERICA | | |

## Officer's Return

Came to hand March 13, 2026 at 9:13 A.M. and executed in Travis County, Texas, on March 17, 2026 at 12:00 P.M. by delivering to KEOLIS NORTH AMERICA by delivering to its registered agent, Corporation Service Company d/b/a CSC Lawyers Incorporating Service Company, at 211 E. 7th Street, Suite 620, Austin, Texas 78701, by delivering to NIESHA GROSS designated agent for service, a true copy of the citation together with accompanying copy of the Plaintiff's FIRST AMENDED petition.

Carlos B. Lopez,
Travis County Constable Precinct 5
Travis County, Texas

by:____________________
Michael Untermeyer, Deputy

COMPLETED

Emailed 3-26-26

Carlos B. Lopez, Constable
Travis County Constable Precinct 5
1003 Guadalupe
Austin, Texas 78701
March 20, 2026

DISTRICT CLERK TRAVIS
P.O. BOX 679003
AUSTIN,TEXAS 78767

# INVOICE

Cause Nbr: D1GN26001314-2
Plaintiff: JON R BUTTON
Service Name: KEOLIS NORTH AMERICA

Service Fee: 90.00
Payment Received: 90.00
Balance Due: 0.00

Thank you for allowing us to be of service to you in this case.

Check the status of your civil process at
www.Constable5.com
Be sure to bookmark the ServiceCheck page

CITATION
THE STATE OF TEXAS
**CAUSE NO. D-1-GN-26-001314**

JON R. BUTTON , PLAINTIFF(S)

vs.

KEOLIS NORTH AMERICA , DEFENDANT(S)

TO: **KEOLIS NORTH AMERICA**
**BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY**
**D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY**
**211 E 7TH STREET #620**
**AUSTIN TX 78701**

Defendant, in the above styled and numbered cause:
**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

Attached is a copy of the **PLAINTIFF'S FIRST AMENDED PETITION** in the above styled and numbered cause, which was filed on **MARCH 12, 2026** in the **353RD DISTRICT COURT** of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, **MARCH 13, 2026**

REQUESTED BY:
**JON R. BUTTON**
**102 LEMUEL CRAWFORD TRAIL**
**BASTROP, TX 78602**
jaybeeRillerbee@gmail.com

Velva L Price
Travis County District Clerk
Civil Family Court Facility (CFCF)
1700 Guadalupe Street | P.O. Box 679003 (78767)
Austin TX 78701

**Ruben Tamez, Deputy**

RETURN

Came to hand on the _____ day of ________________, ________ at ________ o'clock ____M., and executed at ______________________________________________ within the County of ____________________ on the _____ day of ________________, ________, at ________ o'clock ____M., by delivering to the within named ______________________________________________, each in person, a true copy of this citation together with the **PLAINTIFF'S FIRST AMENDED PETITION** accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Carlos B. Lopez
Constable Pct. 5, Travis County, Texas
Sheriff / Constable / Authorized Person

Service Fee: $ ________

Sworn to and subscribed before me this the _____ day of ________________, ________.

By:______________________________________

______________________________________
Printed Name of Server

__________________________ County, Texas

______________________________________
Notary Public, THE STATE OF TEXAS
**D-1-GN-26-001314**

PCT 5
PAUPER'S OATH

RECEIVED
2026 MAR 13 AM 9:15
CONSTABLE PRECINCT 5
TRAVIS COUNTY, TEXAS

D-1-GN-26-001314
353RD DISTRICT COURT
TRAVIS COUNTY, TEXAS

Filed in The District Court
of Travis County, Texas
FEB 2 6 2026
At 5:00 P M.
Velva L. Price, District Clerk

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

**AVISO: ESTE DOCUMENTO CONTIENE INFORMACIÓN CONFIDENCIAL**

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

# Declaración sobre Incapacidad de Pago de Costas de Tribunal o de una Fianza de Apelación

**Cause Number**
**Número de Caso** ____________________

The Clerk's office will fill in the Cause Number when you file this form.

El Secretario del Tribunal anotará el Número de Caso cuando usted presente este formulario.

Don R. Button

v.

Keolis North America LLC

Copy information listed at the top left of the petition here.

Copie aquí la información ubicada en la parte superior izquierda del escrito de la demanda.

Copy information listed at the top right of the petition here.

Copie aquí la información ubicada en la parte superior derecha del escrito de la demanda.

____________________
Court Number
Número del Tribunal

Travis ,Texas
County
Condado

☐ District Court
Tribunal de Distrito

☐ County Court
Tribunal del Condado

☐ County Court at Law
Tribunal Estatutario

☐ Justice Court
Juzgado de Paz

☐ Probate Court
Juzgado Sucesorio


© TexasLawHelp

## 2. About My Dependents / Mis Dependientes

"The people who depend on me financially are listed below." **Use initials only for children under 18.** If needed, attach a separate piece of paper to list more dependents.

"Las personas a continuación dependen económicamente de mí." **Use iniciales para los menores de 18 años** y, si es necesario, anexe una hoja por separado para enumerar a todos sus dependientes.

| Name<br>Nombre | Age<br>Edad | Relationship to me<br>Parentesco Conmigo |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 4. Public Benefits / Beneficios de Asistencia Pública

- Do you or any of your dependents receive public benefits?

  ¿Recibe usted o sus dependientes beneficios de asistencia pública?

  ☑ Yes / Si ☐ No / No

- If you answered yes, check all that apply and attach proof to this form, such as a copy of an eligibility form or check.

  Si respondió con un Sí, marque todas las casillas que apliquen y adjunte a este formulario comprobantes, tales como una copia de la carta autorizando que reciba estos beneficios o una copia del cheque que recibe.

☐ Food stamps/SNAP
Cupones de comida/SNAP

☐ TANF

☐ Medicaid

☐ CHIP

☑ SSI/SSDI

☐ WIC

☐ Lifeline

☐ Public Housing or Section 8 Housing
Asistencia de Vivienda / Programa de Vivienda bajo Sección 8

☐ Low-Income Home Energy Assistance
Asistencia con Energía Eléctrica

☐ Community Care via HHS
Ayuda Comunitaria bajo HHS

☐ LIS in Medicare ("Extra Help")
Subsidio Adicional de Medicare bajo el Programa LIS

☐ Needs-based VA Pension
Pensión para Veteranos de Guerra en función a necesidades

☐ Child Care Assistance under Child Care and Development Block Grant
Asistencia con Guardería bajo el Programa CCDBG

☐ County Assistance, County Health Care, or General Assistance (GA)
Asistencia del Condado, Asistencia Médica del Condado, o Asistencia General (GA)

☐ Other / Otros beneficios ________________

☐ Other / Otros beneficios ________________


© TexasLawHelp

- $ 3,000 from social security / de seguro social.

- $__________ from military housing / de vivienda militar.

- $__________ from dividends, interest, or royalties / de dividendos, intereses, o regalías.

- $__________ from child or spousal support / de manutención de menores o manutención conyugal recibida.

- Answer only if your spouse is not your opponent. Responda tan sólo si su ccónyuge no es parte contraria en esta causa legal.

  $__________ from my spouse's income / de ingresos de mi cónyuge.

- $ 1000 from other jobs/sources of income / de otros trabajos/fuentes de ingresos.

  Describe / descripa:

  pension

| | |
|---|---|
| **Total Monthly Income**<br>**Ingresos Mensuales Totales** | $ 0 |

**7. What are your monthly expenses that are not deducted from your paycheck? ¿Cuáles son sus gastos mensuales que no son descontados de su cheque de sueldo?**

| My monthly expenses are:<br>Mis gastos mensuales son: | Amount<br>Cantidad |
|---|---|
| ➢ Rent/house payments; maintenance<br>Alquiler/hipoteca; mantenimiento de casa | $ 2,100 |
| ➢ Food and household supplies<br>Alimentos y artículos para el hogar | $ 400 |
| ➢ Utilities and telephone<br>Luz, gas, agua y teléfono | $ 300 |
| ➢ Clothing and laundry<br>Ropa y lavado de ropa | $ 100 |
| ➢ Medical and dental expenses<br>Gastos médicos y dentales | $ 100 |
| ➢ Insurance (life, health, auto, etc.)<br>Seguros (de vida, médico, de automóvil etc.) | $ 400 |
| ➢ School and childcare<br>Escuelas y guarderías | $ |
| ➢ Transportation, auto repair, gas<br>Transportación, reparaciones de auto-móviles, gasolina | $ 100 |
| ➢ Child/Spousal support<br>Manutención a Menores/Manutención Conyugal | $ |
| ➢ Debt payments to (list):<br>Pagos por deudas hechas a (indíquelos): | |
| | $ |
| | $ |
| ➢ Wages withheld by court order<br>Sueldo retenido por orden judicial | $ |
| ➢ Other expenses (list):<br>Otros gastos (indíquelos): | |
| | $ |
| | $ |
| **Total Monthly Expenses**<br>**Gastos Totales Mensuales** | $ 0 |

**10. Declaration/Affidavit. Declaración Escrita Bajo Juramento.**

Fill out only one box. If you fill out the Declaration (Option 1), you will not need to sign the form in front of a notary public. If you do not want to list your address for privacy or safety concerns, take the form and photo identification, and fill out the Affidavit box (Option 2) in front of a notary public.

Llene tan solo una opción. Si usted llena la Declaración (Opción 1), no necesitará firmar el formulario ante un notario. Si usted no quiere que aparezca su domicilio en el documento para conservar su privacidad o por motivos de su seguridad, lleve el formulario y una identificación con fotografía y llene la sección de la Declaración Escrita Bajo Juramento (Opción 2) ante un Notario.

# Option 2 / Opción 2

**Affidavit:** I swear under penalty of perjury that the foregoing is true and correct.

**Declaración Escrita Bajo Juramento**: Yo juro bajo pena de perjurio, que lo que precede es correcto y verdadero.

**You fill out this section. Do not sign until you are in front of a notary.**
**Usted llena esta sección. No firme hasta que esté en frente de un notary public.**

➢ Jon R. Button
Your printed name
Su nombre en letra de molde

➢ Jon R. Button
Your signature
Su firma

**The notary fills out this section.**
**El Notario llena esta sección.**

➢ ______________________________
Subscribed before me this day of
Juramentado y suscrito ante mí el día de hoy del mes de

______________________, 20____

______________________________
NOTARY
NOTARIO


© TexasLawHelp

**VELVA L. PRICE**
District Clerk, Travis County
Civil Division (512) 854-9457

Filed in The District Court
of Travis County, Texas
FEB 26 2026
At 5:00 P M.
Velva L. Price, District Clerk

## Process Request Form

CASE NUMBER: D-1-GN-26-001314 COURT: ____________

NAME(S) OF DOCUMENTS TO BE SERVED: Jon R. Button vs Keolis North America LLC

FILE DATE: 2/26/2026
Day/Month/Year

SERVICE TO BE ISSUED ON: (Please List Exactly As The Name Appears In The Pleading To Be Served- Additional Parties on page 2)

1. Issue Service to: Keolis Transit North America
   Address of Service: 2910 East 5th St,
   City, State & Zip: Austin, Tx. 78702
   Agent: (if applicable) ____________

TYPE OF SERVICE/PROCESS TO BE ISSUED:

☐ Citation ☐ Citation by Posting ☐ Citations Rule 106 Service ☐ Hague Convention Citation
☐ Secretary of State/ Highway Commission/Commissioner of Insurance Citation
☐ Citation by Publication: Newspaper ____________
☐ Show Cause ☐ Notice ☐ Temporary Restraining Order ☐ Temporary Protective Order
☐ Capias ☐ Attachment ☐ Habeas Corpus
☐ Subpoena ☐ Garnishment ☐ Injunction ☐ Sequestration ☐ Abstract ☐ Execution
☐ Other (Please Describe) ____________

SERVICE BY *(check one)*:

○ ATTORNEY/REQUESTER: (Email) ____________
○ PROCESS SERVER: (Email) ____________
○ PICK-UP: (Person/Agency Name and Phone Number) ____________
○ TRAVIS COUNTY CONSTABLE: Please select PCT if you have a preference ○ 1 ○ 2 ○ 3 ○ 4 ⦿ 5
○ CERTIFIED MAIL
⦿ OTHER, *explain*: ____________

Requested by:

Name: Jon R. Button
Mailing Address: 102 Lemuel Crawford Trl
City, state, Zip: ~~Austin Tx~~ Bastrop, Tx 78602
Phone Number: (512) 910-4204
E-mail Address: jaybeekillerbee@Gmail.com

Notes/Comments to the clerk: ____________

# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JON R. BUTTON,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| **KEOLIS TRANSIT SERVICES, LLC,** | § | |
| **Defendant.** | § | |

**DECLARATION OF MICHAEL O'FRIEL IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

I, Michael O'Friel, hereby declare as follows:

1. I am currently employed as General Counsel and Executive Vice President, Legal for Keolis America, Inc. ("Keolis"), and make this declaration in that capacity and in support of Defendant Keolis Transit Services, LLC's ("Defendant") Notice of Removal. I make this declaration based on my personal knowledge and those business records available to me as they are kept in the ordinary course of business including corporate, employee personnel files, and pay records relating to Plaintiff Jon R. Button ("Plaintiff"), which are known by me to be true and correct.

2. I am employed by Keolis as its General Counsel and Executive Vice President, Legal. I have been employed at Keolis since February 2025. I make this declaration supporting the Notice of Removal filed by Defendant. I personally know of the facts set forth herein, except as to those matters set forth on information and belief, which I believe to be true, and if called to do so, could and would testify competently thereto.

3. I am familiar with Defendant's day-to-day business operations and have access to

information and reports maintained and generated in the ordinary course of business concerning agent relationships and overall operations, including those throughout the state of Texas. All of the information set forth herein is based on my personal and first-hand knowledge except where otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto.

4. Defendant is a limited liability company formed under the laws of the State of Delaware, with its headquarters and corporate offices located in Boston, Massachusetts, which is where the majority of its high-level officers direct, control, and coordinate the company's activities and where the company performs its executive and administrative functions. These activities include, but are not limited to, making decisions regarding corporate policy, the leasing of real estate, legal decisions, significant decisions regarding contracts and other purchasing, public affairs, payroll, revenue management, advertising, and marketing.

5. Defendant's sole member is Keolis Transit America, Incorporated.

6. Keolis Transit America, Inc. is incorporated under the laws of Delaware, with its principal place of business in Boston, Massachusetts. Keolis Transit America, Inc.'s business operations are directed, controlled, and coordinated from its headquarters in Boston, Massachusetts, where its executive and administrative offices, including its corporate human resources and legal departments, are located. Keolis Transit America is a wholly owned subsidiary of Keolis.

7. According to Defendant's personnel and payroll records kept for Plaintiff Jon R. Button, Plaintiff was hired by Keolis on or about January 1, 2024, and terminated on or about May 21, 2025. At the time of termination, Plaintiff's hourly wage rate was $32.71 per hour. Conservatively, at full time hours paid at the regular hourly rate, without overtime, Plaintiff's

annual salary was approximately $68,036.80.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2026, in Boston, Massachusetts.

Michael O'Friel

Michael O'Friel